JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ARTURO GONZALEZ,

    Petitioner,

v.

MARKWAYNE MULLIN, et al.,

    Respondents.

Case No. 5:26-cv-02675-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground One of the Petition is granted and all other grounds are denied without prejudice as moot.

DATED: June 26, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE